David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

**IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JABARI IVORY, <br><br> Plaintiff, <br> v. <br><br> SENTRY RECOVERY & COLLECTIONS, INC, <br><br> Defendant. | Case No. 2:19-cv-01354-GMN-EJY <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

**STIPULATION**

Plaintiff JABARI IVORY and SENTRY RECOVERY & COLLECTIONS, INC. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

…

…

…

…

Page **1** of **2**

with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: April 1, 2020

| By: | /s/ David Krieger, Esq.<br>David Krieger, Esq.<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Parkway<br>Suite 200<br>Henderson, Nevada 89052<br>*Attorney for Plaintiff* | By: | /s/ Brian Shapiro, Esq.<br>Jeffrey Hasson, Esq.<br>Admitted Pro Hac Vice<br>HASSON LAW, LLC<br>9385 SW Locust Street<br>Tigard, OR 97223<br><br>Brian Shapiro, Esq<br>LAW OFFICE OF BRIAN D. SHAPIRO<br>510 S. 8th Street<br>Las Vegas<br>Las Vegas, NV 89101<br>*Attorneys for Defendant* |
|---|---|---|---|

**IT IS SO ORDERED.**

Dated this __2__ day of April, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT